

**CHIESA SHAHINIAN & GIANTOMASI PC**
ONE BOLAND DRIVE
WEST ORANGE, NJ 07052

csglaw.com

**RONALD L. ISRAEL**
risrael@csglaw.com
(O) 973.530.2045
(F) 973.530.2245

December 6, 2018

*Via ECF*

Hon. Michael A. Shipp, U.S.D.J.
United States District Court, District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re: **John Doe v. Princeton University**
  **Civil Action No. 18-cv-16539-MAS-LHG**

Dear Judge Shipp:

This firm represents plaintiff John Doe ("Plaintiff") in the above-referenced action. We write, along with counsel for defendant Princeton University ("Princeton"), to respectfully respond to the Court's request for a proposed briefing schedule concerning Plaintiff's application for a preliminary injunction.

Counsel has agreed that Princeton will file its opposition brief on Monday, December 10, 2018, and Plaintiff will file his reply on Friday, December 14, 2018. The parties respectfully request that the Court schedule a hearing as to Plaintiff's application on December 19, 20, or 21, 2018. For the convenience of the Court, we have provided a revised proposed form of Order containing the proposed briefing schedule.

We thank the Court for its consideration of this matter.

Respectfully submitted,

/s/ *Ronald L. Israel*

Ronald L. Israel

Encl.
cc: Stephen J. Kastenberg, Esq. (via email)

8024629