# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# MINUTES OF PROCEEDINGS

**OFFICE:** TRENTON

**DATE:** DECEMBER 21, 2018

**JUDGE:** MICHAEL A. SHIPP

**COURT REPORTER:** CATHY FORD

**TITLE OF CASE:**
JOHN DOE
    vs.
PRINCETON UNIVERSITY

**CIVIL ACTION #** 18-16539 (MAS)

**APPEARANCES:**
Ronald Lawrence Israel, Esq. and Brigitte M. Gladis, Esq. for Plaintiff
Stephen J. Kastenberg, Esq. for Defendant

**NATURE OF PROCEEDINGS:**
Hearing held on Plaintiff's Application for Preliminary Injunction (ECF No. 1).
Decision reserved.

Time Commenced:   10:00 AM
Time Adjourned:    11:05 AM
Total Time:        1 hour 5 min

                          s/ Gina Hernandez-Buckley
                          **DEPUTY CLERK**