UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

JOHN DOE,

    Plaintiff,

v.

PRINCETON UNIVERSITY,

    Defendant.

Civil Action No. 18-16539 (MAS) (LHG)

**ORDER**

This matter comes before the Court upon Plaintiff John Doe's ("Plaintiff") Application for a Preliminary Injunction. (ECF No. 1.) Defendant Princeton University ("Princeton") opposed (ECF No. 5) and filed a Motion to Dismiss (ECF No. 7). Plaintiff replied. (ECF No. 9.) On December 21, 2018, the Court heard Oral Argument on the matter.

For the reasons set forth in the accompanying Memorandum Opinion, and other good cause shown,

**IT IS** on this __9th__ day of January, 2019 **ORDERED** that:

1. Plaintiff's Application for a Preliminary Injunction (ECF No. 1) is **DENIED**.

2. Princeton's Motion to Dismiss (ECF No. 7) is **GRANTED** in part and **DENIED** in part.

3. Count One is **DISMISSED** without prejudice.

                                         s/ Michael A. Shipp
                                         MICHAEL A. SHIPP
                                         UNITED STATES DISTRICT JUDGE