Stephen J. Kastenberg, Esq.
Christopher J. Kelly, Esq.
BALLARD SPAHR LLP
210 Lake Drive East, Suite 200
Cherry Hill, NJ 08002
(856) 761-3400
*Attorneys for Defendant Princeton University*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN DOE, <br><br> Plaintiff, <br><br> v. <br><br> PRINCETON UNIVERSITY, <br><br> Defendant. | Civil Action <br><br> No.3:18-cv-16539-MAS-LHG <br><br> **STIPULATION EXTENDING TIME FOR DEFENDANT PRINCETON UNIVERSITY TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |

WHEREFORE, the defendants' investigation that is the underlying subject of the complaint in this action is not yet complete, the results of that investigation may moot the current dispute, and the parties believe a 45 day extension will suffice for the resolution of that investigation and any potential administrative appeal therefrom;

WHEREFORE, the Court has entered one stipulated extension of time of 30 days to Answer, to February 22, 2019 thus far in this action;

It is hereby stipulated and agreed by and between the attorneys for Plaintiff and the attorneys for Defendant that:

DMEAST #36833903 v1

1. The time within which Defendant may answer, move, or otherwise respond to Plaintiff's Complaint is extended for a period of forty-five (45) days to April 8, 2019.

2. One prior extension of 30 days to the time to respond to Plaintiff's Complaint has been granted.

**IT IS SO STIPULATED**

Respectfully submitted,

Dated: February 21, 2019

_____
Stephen J. Kastenberg, Esq.
Christopher J. Kelly, Esq.

_____
Ronald Israel, Esq.   /s/ SJK w/consent

**SO ORDERED**

Date: 2/24/19

_____
Hon. Michael A. Shipp, U.S.D.J.
Lois H. Goodman, USMJ