Ronald L. Israel, Esq.
Chiesa Shahinian & Giantomasi PC
One Boland Drive
West Orange, NJ 07052
(973) 325-1500
*Attorneys for Plaintiff*
*John Doe*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN DOE, <br><br> Plaintiff, <br><br> vs. <br><br> PRINCETON UNIVERSITY, <br><br> Defendant. | Civil Action No. 18-cv-16539-MAS-LHG <br><br> **STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND WITHOUT COSTS** |

IT IS HEREBY STIPULATED AND AGREED by and among the undersigned attorneys for John Doe, on the one hand, and Princeton University, on the other hand, that all claims asserted by John Doe against Princeton University, in the above-captioned civil action are hereby dismissed, in their entirety, without prejudice, and without attorneys' fees and costs against either party.

CHIESA SHAHINIAN & GIANTOMASI PC
*Attorneys for Plaintiff*
*John Doe*

BALLARD SPAHR LLP
*Attorneys for Defendant*
*Princeton University*

By: /s/ Ronald L. Israel
    RONALD L. ISRAEL

By: /s/ Stephen J. Kastenberg
    STEPHEN J. KASTENBERG

Dated: April 8, 2019

Dated: April 8, 2019

So Ordered this 9th day of April, 2019

*Mashipp*
Hon. Michael Shipp, USDJ

4832-5222-2867